**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

**UNITED STATES OF AMERICA**

**v.**

**CRIMINAL NO. 4:04-CR-00048-001 (CDL)**

**EDDIE FLOYD JACKSON**

## ORDER TO DISMISS PETITION FOR REVOCATION

On March 15, 2019, a Petition for Warrant or Summons for Offender Under Supervision, CM/ECF document number 66, was signed by the Court. The petition was issued to address violations of supervision.

The defendant has since successfully completed programs to address the violations of supervision.

Therefore, it is the order of the Court that the Petition for Warrant or Summons for Offender Under Supervision be dismissed.

This __**4th**___ day of _**October**_, 2019.



s/Clay D. Land

CLAY D. LAND
CHIEF U.S. DISTRICT JUDGE